UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 19-178-DLB

LATIF CONWAY                                                                                                           PLAINTIFF

v.                                                      <u>ORDER</u>

SWIFT TRANSPORTATION CO.
OF ARIZONA LLC, et al.                                                                                        DEFENDANTS

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the June 30, 2020 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 23), wherein she recommends that Defendants' Motion for Judgment be granted. No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 23) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)     The Defendants' Motion for Judgment (Doc. # 17) is hereby **GRANTED**;

(3)     This matter be and is hereby **DISMISSED AND STRICKEN** from the Court's active docket; and

(4)     A separate **Judgment** will be filed concurrently herewith.

This 4th day of August, 2020.



Signed By:
*David L. Bunning*  DB
United States District Judge

J:\DATA\ORDERS\Cov2019\19-178 Order adopting R&R.docx